725

35537.  WILLIAMS *v.* C. I. T. CREDIT CORPORATION.

QUILLIAN, J.  1. A motion to dismiss a proceeding to foreclose a condi-
tional-sale contract under the provisions of Code § 67-1601, on the
ground that the affidavit made to obtain the execution in such case is
not such affidavit as the law requires to obtain an attachment, and that
the clerk who issued the execution based on the affidavit was not legally
authorized to issue attachments, was properly denied by the trial court.
Code § 67-1601 provides that conditional-sale contracts shall be fore-
closed in the same manner as mortgages on personal property.

2. Code § 67-701 provides that, upon an affidavit made for the purpose of
foreclosing a mortgage on personal property being filed with the clerk
of the superior court, it is the clerk's duty to issue the foreclosure
execution.

3. An affidavit to foreclose a mortgage on personal property, made by the
resident of one county before a commercial notary public of another
and filed with the clerk of the superior court of a third county, if other-
wise sufficient for the purpose, meets the requirements of the statute
prescribing the method of foreclosing such instruments.  Ga. L. 1947,
pp. 1108, 1110.

> *Judgment affirmed.  Felton, C. J., and Nichols, J., concur.*
> DECIDED MARCH 10, 1955—REHEARING DENIED MARCH 25, 1955.

*H. L. Williams,* for plaintiff in error.
*Parker & McGee, J. B. McGee, Jr.,* contra.